**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00940-CMA-MEH

---

WORLD WIDE PREMIUM PACKERS, INC., a Colorado corporation, doing business as PAT BOONE'S ALL-AMERICAN MEATS,

       Plaintiff,

v.

ALL AMERICAN MEATS, INC., a Nebraska corporation,

       Defendant.

---

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

---

Plaintiff World Wide Premium Packers, Inc. d/b/a Pat Boone's All-American Meats ("Plaintiff") and All American Meats, Inc. ("Defendant"), by and through their attorneys, hereby file this Stipulated Notice of Dismissal pursuant to F.R.C.P. 41(a)(1). In support thereof, the parties state as follows:

    1.    Plaintiff filed this declaratory judgment action on April 7, 2011.

    2.    The parties have resolved their disputes through a Settlement Agreement.

    3.    F.R.C.P. 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without order of the Court upon the filing of a stipulated notice of dismissal signed by all parties who have appeared.

    4.    Accordingly, Plaintiff hereby submits this Stipulated Notice of Dismissal in accordance with F.R.C.P. 41(a)(1)(A)(ii). All claims in this action should be dismissed against both parties. Both parties have reached a resolution of all matters in this case, and now stipulate

that all claims, counterclaims and affirmative defenses asserted in this matter by both parties are hereby dismissed with prejudice.

5. With this stipulated notice, both parties have now been dismissed from this case and all claims have been resolved, concluding this case. Both parties shall pay their own attorneys' fees and costs.

WHEREFORE, Plaintiff World Wide Premium Packers, Inc. d/b/a Pat Boone's All-American Meats and All American Meats, Inc. respectfully request that the Court accept this Stipulated Notice of Dismissal with Prejudice and that the Court dismiss this action in accordance with F.R.C.P. 41(a)(1).

Dated this 30th day of January, 2012.

| *\*Original signature on file at Burns, Figa & Will, P.C.\*\** | *\*Original signature on file at Lamson, Dugan and Murray, LLP\*\** |
|---|---|
| S/D. Sean Velarde | S/Maria T. Lighthall |
| D. Sean Velarde | Maria T. Lighthall |
| BURNS, FIGA & WILL, P.C. | LAMSON, DUGAN and MURRAY, LLP |
| 6400 S. Fiddler's Green Circle, Suite 1000 | 10306 Regency Parkway Drive |
| Greenwood Village, Colorado 80111 | Omaha, Nebraska 68114 |
| Phone: (303) 796-2626 | Phone: (402) 397-7300 |
| Fax: (303) 796-2777 | Fax: (402) 397-7924 |
| E-mail: svelarde@bfw-law.com | E-mail: mlighthall@ldmlaw.com |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |
| **World Wide Premium Packers, Inc.** | **All American Meats, Inc.** |
| **d/b/a Pat Boone's All-American Meats** | |