IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00940-CMA-MEH

WORLD WIDE PREMIUM PACKERS, INC., a Colorado corporation, d/b/a Pat Boone's All-American Meats,

    Plaintiff,

v.

ALL AMERICAN MEATS, INC., a Nebraska corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2012**.

    This matter comes before the Court *sua sponte*. In light of the settlement of this matter (*see* docket #22), the Settlement Conference currently scheduled for February 6, 2012 is **vacated**.